**COPY**

Tag Process Service Inc.
637 S 48th St, 101
Tempe, AZ 85281
(602) 254-3900



JUN 0 6 2019

CLERK OF THE SUPERIOR COURT
M. MARIN
DEPUTY CLERK

## Superior Court of Arizona
## Maricopa County
## 201 W Jefferson, Phoenix, AZ 85003

Barclays Bank Delaware,

       Plaintiff(s),

vs.

Legretta F Cheek and J Doe spouse,

       Defendant(s),

NO. CV2019-051713

**CERTIFICATE OF SERVICE**



The undersigned certifies under penalty of perjury:

I received the **Summons, Complaint and Certificate of Compulsory Arbitration** from Gurstel Law Firm, P.C. and served the same upon:

**Legretta F Cheek and J Doe spouse**

By leaving a true and accurate copy of the above documents with **Legretta F Cheek, D1**, (a person residing within the usual place of abode of suitable age and discretion) for each of the following: **Legretta F Cheek and J Doe spouse**, at **7124 W Linda Ln, Chandler, AZ 85226** at approximately **2:57 PM** on **06/02/2019**.
Comments: D1 & D2 Served; An additional copy was left with person served; D1/Legretta F Cheek stated she is not married;
Geostamp: Sunday 06/02/2019 2:56 PM - Longitude: -111.96559166667 - Latitude: 33.317572222222
Location Type: Residence
Description of person served:
Sex: **Female** Race: **African American** Hair: **Black** Age: **69** Height: **5ft 05in** Weight: **140 lbs**
Marital Status of Legretta F Cheek:
☑ Single    ☐ Married    ☐ Refused To Answer    ☐ Unable To Obtain

I declare under penalty of perjury that the foregoing is true and correct.
Executed on the ___5___ day of ___6___, 2019

X _____
G. Scott Pessoit
Maricopa County - MC8714
Date Served: 06/02/2019
Court Case#: CV2019-051713
Our Job#: 582591
Client/Atty File#: 1197894

Fees:
Service Fee     $53.00
**TOTAL:**     **$53.00**

EXHIBIT 2