

**gurstel law firm** P.C.

August 13, 2019

Correspondence & Payments:
6681 Country Club Drive
Golden Valley, MN 55427

(877) 344-4002 Phone
(877) 750-6335 Fax

www.gurstel.com

Offices in Minnesota, Arizona, Iowa, Nebraska, Utah and Wisconsin

Legretta F Cheek
113 Indian Trail Rd N Suite 100
Indian Trail NC 28079

RE: Barclays Bank Delaware vs. Legretta F Cheek and J Doe spouse
Our File: 1197894
Court File No. CV2019-051713

Dear Sir/Madam:

Please find the Response to Motion to Dismiss and a proposed Order for the above-referenced file which have been filed with the court.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

GURSTEL LAW FIRM, P.C.

EXHIBIT 3

Gurstel Law Firm PC
9320 East Raintree Drive
Scottsdale, AZ 85260
BY: Brad J. Clark (#032267)
    Shannon N. Crane (#032821)
    Jesse H. Walker (#032761)
    Kerry A. Markert (#030036)
    Jesse Vassallo Lopez (#033961)
    Dwayne D. Burns (#032448)
    Brennan S. Murray (#034539)
    Michael S. Hartsock (#034511)
Attorneys for Plaintiff
Telephone: (877) 344-4002
Facsimile: (877) 750-6335
Email: info@gurstel.com
File number: 1197894

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Barclays Bank Delaware<br>    Plaintiff,<br><br>vs.<br><br>Legretta F Cheek and J Doe spouse<br>    Defendant | Case No. CV2019-051713<br><br>MOTION TO DISMISS WITHOUT PREJUDICE |

Barclays Bank Delaware ("Plaintiff"), by and through undersigned counsel hereby moves this Court for this matter to be dismissed without prejudice pursuant to Rule 41(a), Ariz.R.Civ.P. Defendant currently resides out of state. Therefore, Plaintiff requests the Court to dismiss this case without prejudice and order each side to bear its own costs and fees.

| 1 | Based upon the foregoing, Plaintiff respectfully requests the Court to enter an order dismissing
| 2 | this case without prejudice and order each side to bear its own costs and fees.
| 3 |
| 4 | Done this  22   day of August, 2019.

GURSTEL LAW FIRM, P.C.

Brad J. Clark (#032267) _____
Shannon N. Crane (#032821) _____
Jesse H. Walker (#032761) _____
Kerry A. Markert (#030036) _____
Jesse Vassallo Lopez (#033961) _____
Dwayne D. Burns (#032448) _____
Brennan S. Murray (#034539) _____
Michael S. Hartsock (#034511) _____
Attorneys for Plaintiff