# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

LEGRETTA F. CHEEK

*Plaintiff*
v.

GURSTEL LAW FIRM, P.C.

*Defendant*

Civil Action No. 3:20-cv-00302-FDW-DSC

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Gurstel Law Firm, P.C.
9320 East Raintree Drive
Scottsdale, AZ 85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LeGretta F. Cheek
113 Indian Trail Rd N
Suite 100
Indian Trail NC 28079

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **6/1/2020**

Frank G. Johns, Clerk
United States District Court

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____ .

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date:_____        _____
                              **Server's signature**

                            _____
                              **Printed name and title**

                            _____
                              **Server's address**

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

LEGRETTA F. CHEEK

      *Plaintiff*  )
      v.  )     **Civil Action No.**   3:20-cv-00302-FDW-DSC
        )
JESSE H. WALKER  )
GURSTEL LAW FIRM, P.C.  )
        )
        )
      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Jesse H. Walker
    Gurstel Law Firm, P.C.
    9320 East Raintree Drive
    Scottsdale, AZ 85260

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    LeGretta F Cheek
    113 Indian Trail Rd N Suite 100
    Indian Trail NC 28079

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. Johns* (signature)          Date    **6/1/2020**

Frank G. Johns, Clerk
United States District Court

Civil Action No. _____

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at *(place)*_____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

LEGRETTA F. CHEEK

   *Plaintiff*    )
   v.       )  Civil Action No. 3:20-cv-00302-FDW-DSC
          )
BRENNAN S. MURRAY   )
GURSTEL LAW FIRM, P.C.  )
          )
          )
   *Defendant*

### SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
 Brennan S. Murray
 Gurstel Law Firm, P.C.
 9320 East Raintree Drive
 Scottsdale, AZ 85260

  **A lawsuit has been filed against you.**

  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 LeGretta F. Cheek
 113 Indian Trail Rd N
 Suite 100
 Indian Trail NC 28079

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. Johns*         Date  **6/1/2020**

Frank G. Johns, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

LEGRETTA F. CHEEK

       *Plaintiff*      )
       v.           )    Civil Action No. 3:20-cv-00302-FDW-DSC
               )
GURSTEL LAW FIRM, P.C.  )
               )
               )
               )
      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Gurstel Law Firm, P.C.
    Attention: CT Corporation System
    3800 N Central Avenue Suite 460
    Phoenix, AZ 85012

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    LeGretta F. Cheek
    113 Indian Trail Rd N
    Suite 100
    Indian Trail NC 28079

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. Johns* (signature)        Date   **6/1/2020**

Frank G. Johns, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____ .

❏     I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏     I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏     I returned the summons unexecuted because _____ ; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

LEGRETTA F. CHEEK

       *Plaintiff* )
       v. )    Civil Action No.   3:20-cv-00302-FDW-DSC
                                      )
GURSTEL LAW FIRM, P.C.        )
                                      )
                                      )
       *Defendant* )

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Gurstel Law Firm, P.C.
    Attention: Todd L. Gurstel
    6681 Country Club Drive
    Golden Valley, MN 55427

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    LeGretta F. Cheek
    113 Indian Trail Rd N
    Suite 100
    Indian Trail NC 28079

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date    **6/1/2020**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏     I personally served the summons on the defendant at *(place)*_____
on *(date)* _____ ; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏     I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏     I returned the summons unexecuted because _____ ; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date:_____

                                                                              **Server's signature**

                                                                             **Printed name and title**

                                                                             **Server's address**

Additional information regarding attempted service, etc: