# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# C.A. No. 3:20-cv-302-FDW DSC

LEGRETTA F. CHEEK,

    Plaintiff,

V.

GURSTEL LAW FIRM, P.C.,
BRENNAN S. MURRAY; JESSE H. WALKER

    Defendants.

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

**NOW COME** the Defendants Gurstel Law Firm, P.C., Brennan S. Murray and Jesse H. Walker, by and through their counsel of record, and hereby move the Court for an order dismissing the Complaint pursuant to Rules 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure. As grounds for their Motion, defendants state the following:

1. Defendants do not have sufficient contacts with the State of North Carolina to be subject to the jurisdiction of this Court and dismissal is therefore proper pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

2. Plaintiff has brought this lawsuit in the Western District of North Carolina, however, pursuant to U.S.C. § 1391 this judicial district is an improper venue for this action. Dismissal is therefore proper pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.

1

3. Plaintiff's claims are time barred pursuant to 15 U.S.C. §1692k(d) and therefore the Complaint should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

4. In further support of their motions, defendants contemporaneously are submitting their Memorandum in Support, as well as declarations of the defendants.

**WHEREFORE,** defendants respectfully request the Court dismiss the Complaint filed herein with prejudice.

This the 20th day of July, 2020

*/s/ Caren D. Enloe*
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC  27619-6010
Telephone:  919-250-2000
Facsimile:  919-250-2124

*Attorneys for Defendants Gurstel Law Firm,
P.C., Brennan S. Murray and Jesse H. Walker*

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2020, I placed a copy of the foregoing in the United States Mail, first class postage prepaid addressed as follows:

LeGretta F. Cheek
113 Indian Trail Road, Suite 100
Indian Trail, NC 28079

*/s/ Caren D. Enloe*
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124

*Attorneys for Defendants Gurstel Law Firm, P.C., Brennan S. Murray and Jesse H. Walker*